| PROB 22 (Rev. 2/88) | TRANSFER OF JURISDICTION | DOCKET NUMBER /Tran. Court} 99-136-003-A |
|---|---|---|
| | RECEIVED 2006 OCT 16 A 9:23 | DOCKET NUMBER /Rec. Court} CR MISC. NO. 1/01/06CR240-A |
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE MICHAEL JOSEPH MARLOWE, JR. 539 HIGHWAY 165 EUFAULA, AL 36027 | DISTRICT MIDDLE DISTRICT OF LOUISIANA | DIVISION |
| | NAME OF SENTENCING JUDGE JOHN V. PARKER, UNITED STATES DISTRICT JUDGE | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 2/25/2005 | TO 2/24/2009 |

OFFENSE
CONSPIRACY TO DISTRIBUTE CONTROLLED SUBSTANCES

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF LOUISIANA

   IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the MIDDLE DISTRICT OF ALABAMA upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

August 28, 2006
   Date

   John V. Parker
   United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

9/14/06
   Effective Date

   United States District Judge

A TRUE COPY
Nicole Doups 10/13/06
   Deputy Clerk   Date